**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Roberto VERA–GONZALEZ,**
**Defendant–Appellant.**

No. 11–40004
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 21, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Roberto Vera–Gonzalez presents arguments that he concedes are foreclosed by *United States v. Castro–Guevarra,* 575 F.3d 550, 552–53 (5th Cir.), *cert. denied,* —— U.S. ——, 130 S.Ct. 649, 175 L.Ed.2d 496 (2009), which held that the Texas offense of sexual assault of a child pursuant to § 22.011(a)(2)(A), (c)(1) of the Texas Penal Code is a crime of violence for purposes of U.S.S.G. § 2L1.2(b)(1)(A)(ii). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.